Drew Patterson
# 02530008

Requesting

Summary of Rulings filed on
all motions filed in
Harris Co.

Between
OCT - 2013 - current date
- I certify & approve this
way

- Drew M Patterson

7/7/15

This document contains some pages that are of poor quality at the time of imaging.

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 13 2015
Abel Acosta, Clerk

83,313-01